**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 97-cr-00024-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERVIN PHILLIPS, JR.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before me on Defendant's Motion for Early Termination of Supervised Release (Doc 92 - filed May 2, 2008). In response to the Motion, probation filed a Report on Offender Under Supervision. I concurred with the Probation Officer's Report, which did not support the Defendant's Motion for Early Termination of Supervised Release, and signed said Report on June 26, 2008. It is therefore

ORDERED that Defendant's Motion for Early Termination of supervised Release (Doc 92) is DENIED.

                        BY THE COURT:

                        *s/ Lewis T. Babcock*
                        Lewis T. Babcock, Judge

DATED:   July 8, 2008